BANNING MICKLOW & BULL LLP
EDWARD M. BULL, III, State Bar No. 141996
AMY JO BULL, State Bar No. 135939
384 Embarcadero West, Suite 200
Oakland, California 94607
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiff
STACEY K. ANDERSON

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE Bar No. 102181
MICHELLE Y. MCISAAC Bar No. 215294
LISA G. ROWE Bar No. 232601
One Market Plaza, Steuart Tower, 8th Fl.
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STACEY K. ANDERSON,

Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. C 08-04518 SC

STIPULATION FOR EXTENSION TO FILE ANSWER TO COMPLAINT

Pursuant to Northern District Local Rule 6-1(a), plaintiff Stacey K. Anderson ("Anderson") and defendant Hartford Life and Accident Insurance Company ("Hartford") by and through their attorneys of record herein, hereby stipulate and agree that Hartford shall have an extension, until October 17, 2008, with which to file and serve its Answer to Anderson's complaint in this action.

IT IS SO AGREED AND STIPULATED.

DATED: October 2, 2008

BANNING MICKLOW & BULL LLP

By: /s/ Amy Jo Bull
EDWARD M. BULL, III
AMY JO BULL
Attorneys for Plaintiff
STACEY K. ANDERSON

DATED: October 2, 2008

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Lisa G. Rowe
BRUCE D. CELEBREZZE
MICHELLE Y. MCISAAC
LISA G. ROWE
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA