1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  MICHELLE Y. McISAAC  Bar No. 215294
   LISA G. ROWE  Bar No. 232601
3  One Market Plaza, Steuart Tower, 8th Fl.
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant and Counterclaimant
6  HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STACEY K. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 08-04518 SC<br><br>*WDB*<br><br>[PROPOSED] ORDER GRANTING DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION<br><br>Date of Mediation: March 18, 2009<br>Time: 10:00 a.m.<br>Location: Oakland, California<br><br>ADR MAGISTRATE JUDGE WAYNE D. BRAZIL |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Counterclaimant,<br><br>v.<br><br>STACY K. ANDERSON,<br><br>Counterdefendant. | |

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1569042v1

-1-
[PROPOSED] ORDER GRANTING HARTFORD'S REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION

1 | Defendant Hartford Life and Accident Insurance Company's request to have its
2 | authorized company representative telephonically participate in the court sponsored mediation
3 | scheduled for March 18, 2009, with mediator, Arnold Haims, Esq., is hereby GRANTED.

Dated: March 3, 2009

*/s/ Wayne D. Brazil*
Magistrate Judge Wayne D. Brazil

SP/1569042v1

-2-
[PROPOSED] ORDER GRANTING HARTFORD'S REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION