SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
MICHELLE Y. McISAAC  Bar No. 215294
LISA G. ROWE Bar No. 232601
One Market Plaza, Steuart Tower, 8th Fl.
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant and Counterclaimant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY K. ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>STACY K. ANDERSON,<br><br>　　　　Counterdefendant. | CASE NO. C 08-04518 SC<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

SF/1584426v1

CASE NO. 2:08-CV-02590-FCD-DAD

1  IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff and
2  counterdefendant Stacy K. Anderson, and defendant and counterclaimant Hartford Life and
3  Accident Insurance Company, by and through their respective attorneys of record herein, that this
4  entire action, including the complaint and counterclaim shall be dismissed with prejudice, each
5  party to bear her or its own attorneys' fees and costs.

7  DATED: ~~April~~ May 8, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

9
10  By: _____
    BRUCE D. CELEBREZZE
    MICHELLE Y. MCISAAC
11  LISA G. ROWE
    Attorneys for Defendant and Counterclaimant
12  HARTFORD LIFE AND ACCIDENT
    INSURANCE COMPANY

15  DATED: April 23, 2009          BANNING MICKLOW & BULL LLP

17
18  By: _____
    EDWARD M. BULL, III
    AMY JO BULL
19  Attorneys for Plaintiff and Counterdefendant
    STACEY K. ANDERSON

21                    **ORDER**

22  Pursuant to the Stipulation above, the entire action, shall be dismissed with prejudice,
23  each party to bear his or its own attorneys' fees and costs.
24  IT IS SO ORDERED.

26  Dated:   5/15/09
                                        _____
27                                      UNITED STATES DISTRICT COURT JUDGE
                                        Judge Samuel Conti

SF/1584426v1                    -1-                    CASE NO. 2:08-CV-02590-FCD-DAD